UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| SAMUEL LEE GORE, | ) | No. EDCV 06-975 DOC (FFM) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| P.L. VASQUEZ, Warden, | ) | |
| | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice

DATED: August 4, 2009

_/s/ David O. Carter_
DAVID O. CARTER
United States District Judge